IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                      CRIMINAL NO.  5:06cr38DCB-LRA

GAYLON TURNER

ORDER OF DISMISSAL
COUNT 1

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against the defendant, GAYLON TURNER, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   June 8, 2007                              By:    s/ Erin O'Leary Chalk
                                                                        Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

ORDERED this the   11th   day of June, 2007.

   s/ David Bramlette
UNITED STATES DISTRICT JUDGE